UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIME TIME SALES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL FRESH PRODUCE, LLC, et al.,<br><br>Defendants. | No. 1:20-cv-00229-DAD-JLT<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT<br><br>(Doc. Nos. 10, 13) |

On February 13, 2020, plaintiff Prime Time Sales, LLC filed a complaint against defendants Global Fresh Produce, LLC, Jose Sanchez, and Mario Bedoya (collectively, "defendants") alleging claims for violations of the Perishable Agricultural Commodities Act ("PACA"), 7 U.S.C. §§ 499a, *et seq.*, breach of contract, breach of fiduciary duty, unjust enrichment, conversion. (Doc. No. 1.) Plaintiff asserts that it sold and shipped perishable agricultural commodities (fresh corn, peppers, and jalapeno chilies) to defendants in May 2019, and defendants failed to pay plaintiff, causing a principal loss of at least $11,782.50. (Doc. Nos. 1 at 12–15; 10-2 at 4, 10–13.)

On February 20, 2020, defendants were served with the summons and complaint, and the executed summons were filed with the court on February 27, 2020. (Doc. Nos. 4, 5, 6.) None of the defendants filed an answer, responsive pleading, or otherwise appeared in this action. On

1

April 9, 2020, plaintiff filed a request for entry of default against all three defendants (Doc. No. 7), and default was entered by the Clerk of Court against defendants (Doc. No. 8). On May 22, 2020, plaintiff filed a motion for default judgment. (Doc. No. 10.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636 and Local Rule 302.

On July 2, 2020, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motion for default judgment be granted. (Doc. No. 13.) The findings and recommendations provided that any objections thereto were to be filed within fourteen (14) days. (*Id.*) To date, no objections have been filed and the time for doing so has since expired.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c) and Local Rule 304, the court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on July 2, 2020 (Doc. No. 13) are adopted in full;
2. Plaintiff's motion for default judgment (Doc. No. 10) is granted;
3. Judgment is entered in favor of plaintiff and against defendants Global Fresh Produce, LLC, Jose Sanchez, and Mario Bedoya, in the amount of $19,228.18, which reflects the sum of damages under PACA, interest, costs, and fees;
4. Pursuant to the "finance charge" provision in plaintiff's invoices, post-judgment interest in the form of the finance charge at the rate of 18% per annum shall be applied on all unpaid principal sums due until fully paid;

/////
/////
/////
/////
/////

5. The Clerk of the Court is directed to enter judgment in plaintiff's favor and close this case; and

6. Plaintiff is directed to mail a copy of this order upon defendants at their last known addresses.

IT IS SO ORDERED.

Dated: __August 11, 2020__           *Dale A. Drozd*
                                   UNITED STATES DISTRICT JUDGE